# EXHIBIT A

1
2
3
4

ANDRE LUIZ COSTA SOARES
7095 Hollywood Blvd. Ste 348.
Los Angeles, CA. 90028
Phone: (310) 999 4526
E-mail: alcsoares@live.com
Plaintiff, *In Pro Per.*

**FILED**
Superior Court of California
County of Los Angeles

SEP 10 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Glorietta Robinson

5
6
7

8       **SUPERIOR COURT OF CALIFORNIA**
9       **COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE**

10  ANDRE LUIZ COSTA SOARES          )   Case No.:  **21STCV33587**
              Plaintiff,                        )
11          vs.                                      )   COMPLAINT.
                                                     )
12  DISCOVER FINANCIAL SERVICES LLC  )
              Defendant.                        )
13                                                   )
                                                     )
14                                                   )
                                                     )
15                                                   )

16

17      I, Andre Luiz Costa Soares ("Plaintiff") declare that the following is true and

18  correct, and if called as a witness, I could competently testify to the matters hereinafter

19  set forth which are within my personal knowledge:

20

21                          **DESCRIPTION OF CASE**

22      This is a complaint to the above listed case.

23      Plaintiff found out after he had a loan denied that his Credit Report (from Experian,

24  Equifax, and TransUnion credit bureaus) was showing late payments from reports from

25  Defendants.

26      Plaintiff never had any relationship with Defendants and tried to have such

27  information removed from his reports, but Defendants simply refused to do so.

28

**RECEIVED**

SEP 10 2021

FILING WINDOW

Attached follows supporting documents and this complaint will be later having documents added as well.

Because Plaintiff is facing a financial hardship that is enhanced by the fact his name and SSN are negatively reported by Defendants, a monetary compensation is the only solution.

The monetary compensation Plaintiff is seeking is in the amount of $2,500,000 (Two and a half Million Dollars).

Wherefore I am respectfully requesting that the court award such case in favor of Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  09/07/20201

Andre Luiz Costa Soares.
Plaintiff, *In Pro Per*.

# EXHIBIT A

# Police Report

**Los Angeles Police Department**
**INVESTIGATIVE REPORT**

Page 1 of 1    03.01.00 (08/15)

UCR CODE
☐ COMBINED EVID. REPORT
☐ MULTIPLE DRS ON THIS REPORT

REPORT OF: **THEFT**    INVEST DIV. **HWD**    INC # **16012021**    CC:    DR #

| CASE SCREENING FACTOR(S) | |
|---|---|
| ☐ | SUSPECT/VEHICLE NOT SEEN |
| ☑ | PRINTS OR OTHER EVIDENCE NOT PRESENT |
| ☑ | MO NOT DISTINCT |
| ☑ | PROPERTY LOSS LESS THAN $5,000 |
| ☑ | NO SERIOUS INJURY TO VICTIM |
| ☑ | ONLY ONE VICTIM INVOLVED |

**SECURITY SERVICES DIV**

**VICTIM**

LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS)    SEX **M**   DESC **H**   HT **601**   WT **175**   AGE **43**   DOB **04/17/1978**
**SOARES, ANDRE**

ADDRESS    ZIP **90028**   PHONE **(310) 999 4526**    x ☑
R - 7095 HOLLYWOOD BLVD. # 348, LOS ANGELES, CA.                                   ☐

E-MAIL ADDRESS **ALCSOARES@LIVE.COM**    CELL PHONE

PREMISES (SPECIFIC TYPE)   ☐ ATM
**RESIDENCE**

DR. LIC. NO. (IF NONE, OTHER ID & NO.)    FOREIGN LANGUAGE SPOKEN **NONE**   OCCUPATION **PRODUCER**

ENTRY 459/BFV POINT OF ENTRY    POINT OF EXIT    LOCATION OF OCCURRENCE **SAME AS V'S** ☑ RES. ☐ BUS.    R.D. **0643**   PRINTS BY PREL. INV.
☐ FRONT                                                                                              ATTEMPT ☐ Y ☑ N
☐ REAR    METHOD    DATE & TIME OF OCCURRENCE **MULTIPLE TIMES FROM 2015 UNTIL 2021**    DATE & TIME REPORTED TO PD **09/03/2021   09:22 AM**   OBTAINED ☐ Y ☑ N
☐ SIDE
☐ ROOF    INSTRUMENT/TOOL USED    TYPE PROPERTY STOLEN/LOST/DAMAGED **03.04.00** G/VEH    STOLEN/LOST $    RECOVERED $    EST. DAMAGED ARSON / VAND.
☐ FLOOR
☐ OTHER

VICT'S VEH. (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.    NOTIFICATION(S) (PERSON & DIVISION)    CONNECTED REPORT(S) (TYPE & DR #)

**GTS/OD MAJOR CRIMES**

MO IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECTS ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.
Suspect was using victim's name and SSN to open several accounts on Credit One Bank, Target TD Bank, Discover Financial Services and Greendot Bank.

phone app shows phone at susp residence.    MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☑    MOTIVATED BY HATRED/PREJUDICE ☐    DOMESTIC VIOLENCE ☐

**SHOTS FIRED**

**USE OF FORCE**

REPORTING EMPLOYEE(S)    INITIALS, LAST NAME **NODES**   SERIAL NO. **38200**   DIV./DETAIL **HWD**   PERSON REPORTING    SIGNATURE    OR RECEIVED BY PHONE
DESK    NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.

**NARCOTICS STOLEN/ GHD**

Complete below sections if any CASE SCREENING FACTOR(S) boxes are not checked.

| SUSP'S VEHICLE | YEAR | MAKE | MODEL | TYPE | INTERIOR COLOR: | EXTERIOR | BODY | WINDOWS |
|---|---|---|---|---|---|---|---|---|

EXTERIOR:
☐ 1 CUSTOM WHEELS
☐ 2 PAINTED/DISREPT
☐ 3 LEVEL ALTERED
☐ 4 RUST/PRIMER
☐ 5 CUSTOM PAINT
☐ 6 VINYL TOP

COLOR(S)    VEH. LIC. NO.    STATE    ☐ 1 BUCKET SEATS   ☐ 2 DAMAGED INSIDE

BODY: ☐ 1 DAMAGE  ☐ 5 RIGHT  ☐ 2 MODIFIED  ☐ 6 FRONT  ☑ 3 STICKER  ☐ 7 REAR  ☐ 4 LEFT

WINDOWS: ☐ 1 DAMAGE  ☐ 5 RIGHT  ☐ 2 CUST  ☐ 6 FRONT  ☐ 3 CURTAINS  ☐ 7 REAR  ☐ 4 LEFT

S-1    SEX **M**   DESC **H**   HAIR **BRO**   EYES **BRO**   HEIGHT **600**   WEIGHT **220**   AGE **25**   CLOTHING    NAME, ADDRESS, DOB, IF KNOWN. NAME, BKG. NO., CHARGE, IF ARRESTED.
**Ramirez, John DOB 07/20/1987 PH (818) 554-9777**

PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.)
**132 N Hubberd Av #24, San Fernando Ca**    WEAPON    (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.)

S-2    SEX    DESC    HAIR    EYES    HEIGHT    WEIGHT    AGE    CLOTHING    NAME, IF KNOWN. NAME, BKG. NO., CHARGE, IF ARRESTED.

PERSONAL ODDITIES (UNUSUAL FEATURES, SCARS, TATTOOS, ETC.)    WEAPON    (VERBAL THREATS, BODILY FORCE, SIMULATED GUN, ETC. IF KNIFE OR GUN, DESCRIBE FULLY.)

**GND/GIT**

INVOLVED PERSON(S)    W - WITNESS;   R - PERSON RPTG.;   S - PERSON SECURING (459);   D - PERSON DISCOVERING (459);   P - PARENT;
CP - CONTACT PERSON (DOMESTIC VIOLENCE)

**W**    NAME **Alvarez, Raymond**    SEX **M**   DESC **H**   DOB **24**    ADDRESS    CITY    ZIP    PHONE
DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.)    FOREIGN LANGUAGE SPOKEN    B - **4800 Oak Grove Dr    Pasadena    91109    (818) 354-4321**
E-MAIL ADDRESS    CELL PHONE

NAME    SEX    DESC    DOB    ADDRESS    CITY    ZIP    PHONE
DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.)    FOREIGN LANGUAGE SPOKEN    B -
E-MAIL ADDRESS    CELL PHONE

NAME    SEX    DESC    DOB    ADDRESS    CITY    ZIP    PHONE
DR. LIC. NO. (IF NONE, LIST OTHER ID & NO.)    FOREIGN LANGUAGE SPOKEN    B -
E-MAIL ADDRESS    CELL PHONE

**FIREARM STOLEN/ LOST - BSVD & RAI CRIME PROPERTY TT SUPVR**

COMBINED EVID. RPT.    USE THIS SECTION IN LIEU OF PROPERTY REPORT IF NO GUN AND NO MORE THAN THREE ITEMS OF EVIDENCE.    LOC. EVID. BKD.    03.10.00 GIVEN? ☐ Y ☐ N    Preliminary Drug Test    SUPV./INV. OFCR. TESTING SERIAL NO.    WITNESS OFCR.    SERIAL NO.

| ITEM | QUAN. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./ DRUG TEST RESULT | MISC. |
|---|---|---|---|---|---|---|

**CHILD ABUSE/ JUVENILE DIV**

NARRATIVE USE THE FOLLOWING HEADINGS TO DOCUMENT ALL INFORMATION REGARDING THE INVESTIGATION: ADDITIONAL PERSONS INVOLVED (separated by type); SOURCE OF ACTIVITY; INVESTIGATION; ARREST; INJURY/MEDICAL TREATMENT; PHOTOS, RECORDINGS, VIDEOS, DICV, ENV, AND DIGITAL IMAGING; BOOKING; EVIDENCE; CANVASSING; ADDITIONAL; COLLISION SUMMARY; PROPERTY STOLEN/LOST/RECOVERED/DAMAGED; and COURT INFORMATION. NOTE: ANY OF THESE HEADINGS MAY BE OMITTED IF NOT APPLICABLE. SEE GENERAL REPORTING INSTRUCTIONS, FORM 18.30.00, AND INVESTIGATIVE REPORT-FIELD NOTEBOOK DIVIDER, FORM 18.30.01, FOR FURTHER INFO.

**EXTRA COPIES**

VICTIM INDEMNIFICATION INFORMATION (IF APPLICABLE)    IS ANY OF THE VICTIM'S PROPERTY MARKED WITH AN OWNER APPLIED IDENTIFICATION NUMBER? IF YES, EXPLAIN IN NARRATIVE.    YES ☐   NO ☐

APPROVAL AND REVIEW    SUPERVISOR APPROVING    SERIAL NO.    DIVISION    DETECTIVE SUPERVISOR REVIEWING    SERIAL NO.
DATE & TIME REPRODUCED    CLERK    DIVISION    CATEGORY

# EXHIBIT B
# Report from Experian



Your next 3 bureau credit report and FICO® Scores will be available in:

**19** days **09 : 30 : 23**
hrs min sec

**Refresh Now** ⟩ (/member/upgrade/ad82ff5745fe4a44a4ddf24f3ad9d0b6?
ttPlacementId=crNextRefreshUpsell&pcm=false)

**Experian®**
(/member/reports/experian/now?
scroll=false)

**Equifax®**
(/member/reports/equifax/now?
scroll=false)

**TransUnion®**
(/member/reports/transunion/now?
scroll=false)

# Your Experian Credit Report
from Aug 27, 2021

Showing report for: **Aug 27, 2021**　　　　　　　　　▼　　**Print Report**



**624** ▲1　**FICO**'SCORE 8 ⋮ Learn more
Experian Data Aug 27, 2021

300 ━━━━━━━━━━━━━━━━━━━━━━━━━━ 850

Fair

Looks like your Experian credit report has **1 recent change.**

See what's changed

## Instantly raise your FICO® Score
Experian Boost gives you credit for the utility and mobile phone bills you're already paying.

**Boost now for free** ⟩ (/member/credit/boost/home)

# Get a quick view of what lenders see

## Accounts Summary

Learn about credit



Open accounts

**3**
✕



## COVID-19 Update

Use help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask **13%** about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their **Debt Summary** ⌄

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a **$438** period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

| Why payment history matters ☼ | Consider reducing credit usage ☼ | COVID-19 update |
|---|---|---|
| Payment history makes up 35% of your FICO® Score. Late payments stay on your report for 7 years, but they typically affect your score less over time. | Experts recommend an ideal credit usage of below 6%. Yours is on the right track, but the lower your usage, the more creditworthy you appear. | If you know you can't time, contact your ler hardship options. |

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)** Read more



## Your Experian credit file is unlocked

Lock your Experian Credit File to prevent identity theft.

**Unlocked**    Learn More (/member/credit/reports/experian/now/creditlock)



## You have 3 open accounts

**3** credit cards or credit lines
Total balance: **$438**

---

### BANKAMERICARD® CREDIT CARD (BANK OF AMERICA) ⌄

✎ Unlink card name   |   What's this?

**Exceptional** payment history

**$242**

Balance updated **Jul 26, 2021**

Learn about credit



**SYNCB/CHEVRON**

🔗 Link card name

**Exceptional** payment history

# COVID-19 Update

Balance updated **Aug 20, 2021**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

**TOTAL VISA® UNSECURED CREDIT CARD (TOTAL VISA/TBOM/VT)**

⟲ Unlink card name

**Exceptional** payment history

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

**$172**

Balance updated **Aug 10, 2021**

## You have a thin credit file

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which may help protect your credit history and credit scores.

Having a small number of open accounts, which make you look somewhat risky to lenders. You have 3 open accounts, some lenders would consider you a "thin file"

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**Build your file** ❯ (/member/offe



**CAPITAL ONE BANK USA N** ⌄

Closed

**Exceptional** payment history

**CB INDIGO/GF** ⌄

Closed

**Exceptional** payment history

**DISCOVER FIN SVCS LLC** ⌃

Closed

**57** potentially negative months


Learn about credit



**Account Info**
Tap labels for more details



# COVID-19 Update

Account number
**601100XXXXXXX**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Account status
**Closed**

Date opened
**May 20, 2016**

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Account type
**Secured Credit Card**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Balance on May 16, 2021                                                                          Credit Limit
-                                                                                                          **$500**

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

---

**Payment Info**

Status
**Paid, was a charge-off**

Status date
**May 2021**

Past due amount
-

Highest balance
-

Monthly payment
-

Late payments
**Jan 2017**
**Dec 2016**
**Nov 2016**
View more ∨

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | NA | - | - | - | - | | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |



Learn about credit

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

## COVID-19 Update

**GREEN DOT BANK/CARDWOR**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Closed
27 potentially negative months

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the bureaus when

**Account info**
Tap labels for more details

Account number
**400421XXXXXXXXXX**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Account status
**Closed**

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

Date opened
**Oct 31, 2018**

Account type
**Secured Credit Card**

Balance on Aug 17, 2021
-

Credit Limit
**$700**

## $ Payment Info

Status
**Paid, was a charge-off**

Status date
**Aug 2021**

Past due amount
-

Highest balance
-

Monthly payment
-

Late payments

Learn about credit

Oct 2019
Sep 2019
Aug 2019
Jul 2019

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | NA | - | - | - | - |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

| 0 | 30 | 60 | 90 | 120 | 150 | 180 | CO | NA |

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural for declared disaster, which can help protect your credit history and credit scores.

Hide 4 closed accounts

0 collection accounts.
Total balance: $0

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

Good job! Experian has no collections on file for you as of **Aug 27, 2021**

# You have 9 inquiries



These lenders have accessed your credit file:

### LOANME/PRESTEME/RALIS
Personal Loan Companies

Inquiry date: **Aug 2, 2021**
Removal date: **Sep 2023**

### EXPERIAN BUSINESS CRED
Credit Bureaus

Inquiry date: **Jul 16, 2021**
Removal date: **Aug 2023**

### CAP ONE NA
Bank Credit Cards

Inquiry date: **Jul 10, 2021**
Removal date: **Aug 2023**

### CAP ONE NA
Bank Credit Cards

Learn about credit

Inquiry date: **Jul 5, 2021**
Removal date: **Aug 2023**

✕

## COVID-19 Update



**DISCOVER FINANCIAL SER**

Bank Credit Cards ⌄

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask
Inquiry date: Jun 4, 2021 as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic
Removal date: Jul 2023 lenders are putting policies in place to help customers who may need extra time to pay their
bills.

**US BANK CONSOLIDATED** temporarily lower your interest rate or payment amount, or pause your payments for a ⌄
period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to
All Banks - non specific
make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments
Inquiry date: **May 13, 2021**
to the credit bureaus.
Removal date: **Jun 2023**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected
by a natural or declared disaster, which can help protect your credit history and credit scores.

**CAP ONE NA** ⌄

Bank Credit Cards

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**
Inquiry date: **May 13, 2021**
Removal date: **Jun 2023**

**VERVENT/TBOM** ⌄
All Banks - non specific

Inquiry date: **Apr 24, 2021**
Removal date: **May 2023**

**US SM BUS ADMIN ODA** ⌄
Federal Government

Inquiry date: **Jul 5, 2020**
Removal date: **Aug 2022**

**Your Experian credit file is unlocked**
Lock your Experian Credit File to prevent identity theft.

**Unlocked**

# You have 0 public records

Learn about credit

 If you had any bankruptcies, we would show them here. 

## COVID-19 Update

Good job! Experian has no public records on file for you as of **Aug 27, 2021**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many companies are putting programs in place to help customers who may need extra time to pay their bills.

**Here is your personal information**

You may be able to temporarily avoid certain payments and it may affect your credit for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lender information is usually used for identification purposes and income may affect your credit offers

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**Name**

See this article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**ANDRE L COSTA**

Also known as

**SOARES ANDRE COSTA**

**ANDRE L SOARES**

**ANDRE COSTA SOARES**

**ANDRE L JONES**

**ANDRE LUIS CEPRA**

Generation identifier

-

Year of birth

**1978**

Address

◎ **7051 W SUNSET BLVD APT 106**
**LOS ANGELES, CA 90028-7509**

◎ **7095 HOLLYWOOD BLVD STE 348**
**HOLLYWOOD, CA 90028-8912**

◎ **8500 W SUNSET BLVD # W708**
**WEST HOLLYWOOD, CA 90069-2332**

Employer(s)

**MALIBU ENTERTAINMENT**

Personal statement(s)

**No Statement(s) present at this time**

Learn about credit

✕

# Is everything correct?

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

 **Your lenders give us data**

Lenders choose which of the 3 bureaus to report your info to – so if your credit reports look different from one another, that's likely why.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

**Your FICO® Score varies**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

FICO generates a credit score for you based on the data they have from each credit bureau. That's why your FICO® Score can look different from bureau to bureau.

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

### You have a right to dispute

If you find inaccurate information on your Experian credit report, you can dispute it online or via postal mail. View dispute center (/member/disputeCenter)

## Suggested just for you

Ever been worried about getting approved when you apply? Apply with confidence by checking your CreditMatch Percentage.

**See matches >**
**(/member/offers)**

Learn about credit



Services

Overview

# COVID-19 Update

Reports & Scores

Personal Finances

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Financial Profile

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Protection

Credit Cards

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Loans

Auto

> **See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

Tools                                                                          —

Experian Boost

Experian CreditLock

Score Planner

Score Simulator

Score Tracker

Support                                                                        —

Disputes Guide

FAQs

Glossary

Education

Get the free Experian app:

Learn about credit

 



# COVID-19 Update

Follow us:



Get help from your lenders. If you know you can't pay your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

About Us

Contact Us

Terms & Conditions

Privacy Policy

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

© 2021 Experian. All rights reserved

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.

TrustedSite
CERTIFIED SECURE

Learn about credit

# EXHIBIT C
## Report from Equifax

Your next 3 bureau credit report and FICO® Scores will be available in:

**19** **09 : 29 : 40** **Refresh Now** > (/member/upgrade/ad82ff5745fe4a44a4ddf24f3ad9d0b6?
days hrs min sec ttPlacementId=crNextRefreshUpsell&pcm=false)

**Experian®** **Equifax®** **TransUnion®**
(/member/reports/experian/now? (/member/reports/equifax/now? (/member/reports/transunion/now?
scroll=false) scroll=false) scroll=false)

# Your Equifax Credit Report
from Aug 22, 2021

Showing report for: **Aug 22, 2021** ▼ Print Report



**589** ▲28 FICO®SCORE 8 | Learn more
Equifax Data Aug 22, 2021

300 ————————————————————————— 850

Fair

## See what's helping and hurting your FICO® Score

Knowing what is hurting your FICO® Score is the first step towards improving it.

**See my Score Rating** > ()

# Get a quick view of what lenders see

## Accounts Summary ⌄

Open accounts **5**

## Overall Credit Usage

Learn about credit

Report Summary - Experian

Usage    8%



# COVID-19 Update

Debt Summary

Get help and understand if you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

**$901**

## You have 5 open accounts

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

5 credit cards or credit lines
Total balance: **$901**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.



**GREEN DOT BANK**
Unknown payment history
**$427**
Balance updated Aug 05, 2021

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**INDIGO - CELTIC BANK** ⌄
**Exceptional** payment history
$0
Balance updated **Jul 23, 2021**

**SABLEM/CCBANK** ⌄
**Exceptional** payment history
$0
Balance updated **Jul 01, 2021**



Exceptional payment history
**$302**
Balance updated **Jul 20, 2021**

**THE BANK OF MISSOURI** ⌄
**Exceptional** payment history
**$172**
Balance updated **Aug 10, 2021**

## Manage your money with more insight

In uncertain times, be certain about where your money is going with a clearer view of

Learn about credit

**Connect Your Accounts (/memb**



## COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible – ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**CAPITAL ONE BANK USA**                                    ⌄

**$0**
Closed
Unknown payment history

**CITICARDS CBNA**                                          ⌃

**$0**
Closed
**48** potentially negative months

 **Account Info**
Tap labels for more details

Account number
**546616XXXXXX**

Account status
**Closed**

Date opened
**Feb 10, 2015**

Account type
**Revolving**

Balance on Aug 11, 2021                                    Credit Limit
**$0**                                                     **$10,000**

Learn about credit



### Payment Info

Status
**Charge off**

Status date
**Aug 2021**

Past due amount
_

Highest balance
**$17,350**

Monthly payment
_

Late payments
_

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

> **See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | - | - | - | - | - |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | - | - | - | - | - | - | - | CO | CO | CO | CO | CO |

**CO** Charge off   **-** Data Unavailable



### DISCOVER BANK ∧

**$880**
Closed
**48** potentially negative months

### Account Info
Tap labels for more details

Account number
**601100XXXXXX**

Account status
**Closed**

Date opened

Learn about credit

**May 20, 2016**

Account type

Revolving

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Balance on Aug 15, 2021

**$880**

Credit Limit

**$500**

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

**Payment Info**

Status

Charge-off

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Status date

**Aug 2021**

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

Past due amount

**$880**

Highest balance

-

Monthly payment

-

Late payments

-

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 2021 | CO | CO | CO | CO | CO | CO | CO | - | - | - | - | - |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | - | - | - | - | - | - | - | CO | CO | CO | CO | CO |

**CO** Charge off   **-** Data Unavailable

**Additional info**

**GREEN DOT BANK**

**$0**

Learn about credit

Closed
**28 potentially negative months**

# COVID-19 Update


**Account Info**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Account number
**400421XXXXXXXXXX**

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Account type
**Closed**

Date opened
**Oct 31, 2018**

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Account type
**Revolving**

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

Balance on Aug 17, 2021        Credit Limit
**$0**                          **$700**

---

**$ Payment Info**

Status
**Charge-off**

Status date
**Aug 2021**

Past due amount
-

Highest balance
-

Monthly payment
-

Late payments
**Oct 2019**
**Sep 2019**
**Aug 2019**
View more ∨

Learn about credit

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | - | - | - | - | - |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | ● | ● | ● | 30 | 60 | 90 | 120 | 120 | 120 | 120 | CO | CO |
| 2018 | | | | | | | | | | | ● | ● |
| 2017 | ● | | | | | | | | | | | |

● On Time   CO Charge off   120+ Days Late   30 Days Late   60 Days Late   90 Days Late   - Data Unavailable

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Hide 4 closed accounts ^

[$] 0 collection accounts
Total balance: $0

Good job! Equifax has no collections on file for you as of Aug 22, 2021

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

# You have 5 inquiries

These lenders have accessed your credit file:

**CAPITAL ONE BANK USA**
All Banks

Inquiry date: **Jul 10, 2021**
Removal date: **Aug 2023**

**CAPITAL ONE BANK USA**
All Banks

Inquiry date: **Jul 5, 2021**
Removal date: **Aug 2023**

**TD BANK USA/TARGET C**
Complete Dept. Stores

Inquiry date: **May 29, 2021**
Removal date: **Jun 2023**

**CAPITAL ONE BANK USA**
All Banks

Learn about credit

Inquiry date: **May 13, 2021**

Removal date: **Jun 2023**

✕

# COVID-19 Update

VIVINT

Miscellaneous

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about your options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many creditors are putting policies in place to help customers who may need extra time to pay their bills.

Inquiry date: **Nov 2, 2019**

Removal date: **Dec 2021**

∨

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

## You have 0 public records

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

If you had any bankruptcies, we would show them here.

Good job! Equifax has no public records on file for you as of **Aug 22, 2021**

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

# Here is your personal information

Your personal information is used for identification purposes and in no way affects your credit score.

Name

**ANDRE LUIZ COSTA SOARES**

Also known as

**ANDRE SOARES**

**ANDRE COSTA**

Generation identifier

-

Year of birth

**1978**

Address

**8500 W SUNSET BLVD APT W708
WEST HOLLYWOOD, CA 90069**

**1443 N FULLER AVE APT 205
LOS ANGELES, CA 90046**

**7095 HOLLYWOOD BLVD STE 348**

◎ LOS ANGELES, CA 90028

✕

# COVID-19 Update

◎ 1750 WILCOX AVE APT 330
LOS ANGELES, CA 90028

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

◎ 7200 HAWTHORN AVE PH6
LOS ANGELES, CA 90046

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

◎ 1530 N POINSETTIA PL APT 318
LOS ANGELES, CA 90046

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

◎ 1415 N SIERRA BONITA AVE
LOS ANGELES, CA 90046

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

◎ 7224 HILLSIDE AVE APT 30
LOS ANGELES, CA 90046

Employer(s)

-

Personal statement(s)

**FRAUD VICTIM. "EXTENDED ALERT". CONSUMER HAS REQUESTED AN ALERT BE PLACED ON THEIR CREDIT FILE. 1443 N FULLER AVE 205 LOS ANGELES CA 900460000**

## Is everything correct?

 Be sure to review your Credit Report for any unfamiliar information.

**Reminder:** You are currently reviewing your **Equifax Credit Report**. If you find inaccurate information, you can either dispute the information online or via postal mail. Disputes about information on this report must be submitted to Equifax.

Dispute with Equifax Online (https://www.equifax.com/personal/disputes/) or by Mail at P.O. Box 740256, Atlanta, GA, 30374

## Suggested just for you

Learn about credit

Ever been worried about getting approved when you apply? Apply with confidence by checking your CreditMatch Percentage.

✕

**COVID-19 Update**

**See matches** >

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

Services                                                                                        —

    Overview

    Reports & Scores

    Personal Finances  BETA

    Financial Profile

    Protection

    Credit Cards

    Loans

    Auto

Tools                                                                                           —

    Experian Boost

    Experian CreditLock

    Score Planner

    Score Simulator

Learn about credit

Score Tracker

Support

## COVID-19 Update

Disputes Guide

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

FAQs

Glossary

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Education

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Get the free Experian app:

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

   

Follow us:



About Us

Contact Us

Terms & Conditions

Privacy Policy

© 2021 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.

**TrustedSite®**

CERTIFIED SECURE

Learn about credit

# EXHIBIT D
# Report from TransUnion

Your next 3 bureau credit report and FICO® Scores will be available in:

**19** days **09** hrs : **28** min : **13** sec   **Refresh Now ›** (/member/upgrade/ad82ff5745fe4a44a4ddf24f3ad9d0b6? ttPlacementId=crNextRefreshUpsell&pcm=false)

**Experian®** (/member/reports/experian/now? scroll=false)

**Equifax®** (/member/reports/equifax/now? scroll=false)

**TransUnion®** (/member/reports/transunion/now? scroll=false)

# Your TransUnion Credit Report
from Aug 22, 2021





**632** ▲82   FICO®SCORE 8 | Learn more
TransUnion Data Aug 22, 2021

300 ———————— 850

**Fair**

## See what's helping and hurting your FICO® Score

Knowing what is hurting your FICO® Score is the first step towards improving it.

**See my Score Rating ›** ()

## Get a quick view of what lenders see

### Accounts Summary ⌄

Open accounts **5**

### Overall Credit Usage

Learn about credit

Usage

16%



## COVID-19 Update

## Debt Summary

Credit card and other debt If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

$693

## You have 5 open accounts

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

5 credit cards or credit lines
Total balance: $693

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**BK OF AMER**
**Exceptional** payment history
$242
Balance updated **Jan 26, 2021**

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**BK OF MO**
**Exceptional** payment history
$0
Balance updated **Jul 09, 2021**

**CB INDIGO**
**Exceptional** payment history
$0
Balance updated **Jul 23, 2021**

**GREENDOTBANK**
Unknown payment history
$427
Balance updated **Aug 05, 2021**

**SYNCB/CHEVRO**
**Exceptional** payment history
$24
Balance updated **Aug 20, 2021**

## Manage your money with more insight

In uncertain times, be certain about where your money is going with a clearer view

Learn about credit

**Connect Your Accounts (/memb**



# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible – ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**CAPITAL ONE**
$0
Closed

Unknown payment history

 **Account Info**
Tap labels for more details

Account number
**517805XXXXXX**

Account status
**Closed**

Date opened
**Dec 07, 2018**

Account type
**Revolving account**

Balance on Jan 03, 2019                                           Credit Limit
**$0**                                                                        **$1,000**

 **Payment Info**

Status
**Paid or paying as agreed**

Status date
**Jan 2019**

Learn about credit



Past due amount
**$0**

# COVID-19 Update

Highest balance
**$999**

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Monthly payment
—

Late payments

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make payments that have been put in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

No payments have been reported on this account

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.



Additional Info

Responsibility
**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**
Individual account

Terms
—

---

## GREENDOTBANK ∧

**$0**
Closed
Unknown payment history



**Account Info**
Tap labels for more details

Account number
**400421XXXXXX**

Account status
**Closed**

Date opened
**Oct 31, 2018**

Account type
**Revolving account**

Balance on Aug 17, 2021
**$0**

Learn about credit

**$700**

✕



**Payment Info**

# COVID-19 Update

Status

Get help if you need it—If you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills. **Aug 2021**

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

Payment or benefit of your collection

Status date **Aug 2021**

Past due amount **$0**

Highest balance **$856**

Monthly payment -

Late payments -

> **See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

No payments have been reported on this account.

 **Additional info**

Responsibility
**Individual account**

Terms
-

Hide **2** closed accounts ⌃

 **0** collection accounts
Total balance: **$0**

Good job! Transunion has no collections on file for you as of **Aug 22, 2021**

# You have 6 inquiries

These lenders have accessed your credit file:

Learn about credit



**CAPITAL ONE**
Banks and S&Ls

# COVID-19 Update

Inquiry date: Jul 10, 2021

Removal date: Aug 2023

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

**CAPITAL ONE**
Banks and S&Ls

Inquiry date: Jul 5, 2021

Removal date: Aug 2023

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

**SYNCB/CHEVRN**
Banks and S&Ls

Inquiry date: Jun 9, 2021

Removal date: Jul 2023

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**CB INDIGO**
Banks and S&Ls

Inquiry date: **May 27, 2021**
Removal date: **Jun 2023**

**SYNCB/AMAZON**
Banks and S&Ls

Inquiry date: **May 25, 2021**
Removal date: **Jun 2023**

**CAPITAL ONE**
Banks and S&Ls

Inquiry date: **May 13, 2021**
Removal date: **Jun 2023**

# You have 0 public records

If you had any bankruptcies, we would show them here.

Good job! Transunion has no public records on file for you as of **Aug 22, 2021**

Learn about credit

# Here is your personal information



Your personal information is used for identification purposes and in no way affects your credit score.

## COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, companies are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

**Name**

**ANDRELUIZ COSTA SOARES**

Also known as

**SOARES,ANDRE**
**SOARES,RAMIREZ,ANDRE,L**
**SOARES,ANDRELUIZ,COSTA**

Generation identifier

-

Year of birth

1978

## Address

📍 **7095 HOLLYWOOD BV 348**
**LOS ANGELES, CA 90028**

📍 **1443 FULLER AV 205**
**LOS ANGELES, CA 90046**

📍 **1750 WILCOX AV 330**
**LOS ANGELES, CA 90028**

## Employer(s)

-

## Personal statement(s)

**No Statement(s) present at this time**

# Is everything correct?

Be sure to review your Credit Report for any unfamiliar information.

Learn about credit



**Reminder:** You are currently reviewing your **TransUnion Credit Report**. If you find inaccurate information, you can either dispute the information online or via postal mail. Disputes about information on this report must be submitted to TransUnion.

Dispute with TransUnion Online (https://www.transunion.com/credit-disputes/dispute-your-credit) or by Mail at P.O. Box 2000, Chester, PA 19022-2000.

## COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

## Suggested just for you

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. When lenders agree to place your loan in deferment or forbearance, you don't have to make payments. Interest won't accrue when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Even if you're worried about getting approved when you apply? Apply with confidence by checking your CreditMatch Percentage.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See matches **(/member/offers)**

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)



Services  —

Overview

Reports & Scores

Personal Finances ᴮᴱᵀᴬ

Financial Profile

Protection

Credit Cards

Loans

Auto

Learn about credit

Tools    

# COVID-19 Update

Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)

Get the free Experian app:

 

Follow us:

   

About Us

Contact Us

Terms & Conditions

Privacy Policy

© 2021 Experian. All rights reserved.    Learn about credit

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.



# COVID-19 Update



Get help from your lenders. If you know you can't pay all your bills at this time, contact your lenders and ask about hardship options as soon as possible—ideally before you miss a payment. As the COVID-19 pandemic continues, many lenders are putting policies in place to help customers who may need extra time to pay their bills.

Lenders may be able to temporarily lower your interest rate or payment amount, or pause your payments for a period of time. Lenders may also be able to place your loans in deferment or forbearance. You don't have to make loan payments when a loan is in deferment or forbearance, and the lender will not report late payments to the credit bureaus.

Lastly, your lender may report the account to Experian with a statement that indicates you have been affected by a natural or declared disaster, which can help protect your credit history and credit scores.

**See full article (https://www.experian.com/blogs/ask-experian/coronavirus-and-your-credit-report/)**

Learn about credit